UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>JENNIFER STURGILL,<br>Respondent. | Case No. 15-cv-05571-JSC<br><br>**ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |

Petitioner, the United States of America, filed this action on December 4, 2015 seeking to compel Respondent Jennifer Sturgill to respond to an Internal Revenue Service ("IRS") summons served on Ms. Sturgill on February 19, 2015. (Dkt. No. 1.) Having reviewed and considered Petitioner's application, the Court orders Ms. Sturgill to appear and show cause on January 21, 2016 at 9:00 a.m., in Courtroom F, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, as to why she should not be compelled to appear and provide documents and testimony as required by the IRS summons. Ms. Sturgill may file a response to this Order on or before December 31, 2015, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746. Petitioner's reply, if any, shall be filed on or before January 7, 2015.

Petitioner shall serve Ms. Sturgill with a copy the petition seeking to enforce the summons and a copy of this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure on or before December 11, 2015.

**To contest the IRS summons, Ms. Sturgill must appear and show cause on January 21, 2016 in accordance with this Order.**

**IT IS SO ORDERED.**

Dated: December 9, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge