United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JENNIFER STURGILL,
Defendant.

Case No. 15-cv-05571-JSC (EDL)

**ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**

This case has been recently reassigned to this Court because it is related to the case of United States v. John Sturgill, 15-5565-EDL. The Court is aware that the judge previously assigned to this case issued an Order to Show Cause on December 9, 2015 and set deadlines and a hearing for January 21, 2015. See Dkt. #3. In order to promote efficiency and in light of the relatedness of the two cases, the Court hereby vacates the previously issued Order to Show Cause and issues the following Order to Show Cause.

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on December 4, 2015, it is hereby:

**ORDERED** that respondent Jennifer Sturgill appear before this Court on January 26, 2016 at 10:00 a.m., in Courtroom No. E, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it

United States District Court
Northern District of California

is further

**ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

**ORDERED** this 14th day of December, 2015, at San Francisco, California.

**IT IS SO ORDERED.**

Dated: December 14, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge